Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900 / Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND,<br><br>PENSION TRUST FUND FOR OPERATING ENGINEERS, and<br><br>PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND,<br><br>OPERATING ENGINEERS LOCAL UNION NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>          Plaintiffs,<br>v.<br><br>HOLT OF CALIFORNIA, a California Corporation, *aka* HOLT OF CALIFORNIA, INC.,<br><br>          Defendant. | Case No.: C11-1723 SBA<br><br>**STIPULATION TO:**<br><br>**(1) AMEND COMPLAINT TO DISMISS** *OPERATING ENGINEERS LOCAL UNION NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO* **FROM THIS ACTION AS PLAINTIFF;**<br><br>**(2) WITHDRAW DEFENDANT'S MOTION TO COMPEL ARBITRATION; and**<br><br>**(3) REQUEST SCHEDULING FOR EARLY NEUTRAL EVALUATION;**<br><br>**[PROPOSED] ORDER THEREON** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 15(a)(2), Plaintiffs OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, et al., and Defendant HOLT OF CALIFORNIA, a California Corporation, *aka* HOLT OF CALIFORNIA, INC., stipulate as follows:

1.    Plaintiff's Complaint shall be amended, as attached hereto, to dismiss Plaintiff Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-

1  CIO from this action as a Plaintiff.  This action will proceed with F.G. Crosthwaite and Russell E.
2  Burns, in their respective capacities as Trustees of the Operating Engineers' Health and Welfare
3  Trust Fund, Pension Trust Fund for Operating Engineers, and Pensioned Operating Engineers'
4  Health and Welfare Trust Fund, as the named Plaintiffs, and shall relate back to the original filing
5  of the Complaint on April 8, 2011.

6       2.     Defendant hereby withdraws its Motion to Compel Arbitration, Request for
7  Dismissal or alternatively to Sever and Stay Union Proceedings, filed on May 4, 2011 [Dkt. No.
8  13].  The parties respectfully request that the October 4, 2011 hearing on Defendant's Motion to
9  Compel Arbitration be vacated accordingly.

10      3.     The parties further request that Early Neutral Evaluation [Dkt. No. 15] be
11 scheduled for the week of October 3, 2011, and that the Case Management Conference, currently
12 on calendar for October 4, 2011, be continued until Early Neutral Evaluation is completed.

13      Respectfully submitted,

14 Date: August 31, 2011          **SALTZMAN & JOHNSON**
15                                       **LAW CORPORATION**

16                                     By:  /S/Muriel B. Kaplan
17                                           Muriel B. Kaplan
                                          Attorneys for Plaintiffs
18

19 Date: August 31, 2011          **PALMER KAZANJIAN WOHL**
                                      **HODSON LLP**
20

21                                     By:  /S/ Larry M. Kazanjian
                                          Larry M. Kazanjian
22                                           Attorneys for Defendant

23                                      ORDER

24      Based on the foregoing and GOOD CAUSE appearing, it is ORDERED that Plaintiff
25 Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-
26 CIO is hereby dismissed from this action.
27 ///
28

1  IT IS FURTHER ORDERED that the October 4, 2011 Hearing on Defendant's Motion to Compel Arbitration is hereby vacated.

IT IS FURTHER ORDERED that Early Neutral Evaluation shall be scheduled for the week of October 3, 2011, or as soon thereafter as the parties may agree, and that the Case Management Conference, currently scheduled for October 4, 2011, is continued until ~~completion of Early Neutral Evaluation and shall be thereafter rescheduled by the Court accordingly.~~ DECEMBER 7, 2011 AT 3:15 P.M. VIA TELEPHONE.

IT IS SO ORDERED.

Date: __9/26/11_____            _____*Saundra B. Armstrong*_____
                                     THE HONORABLE SUSAN B. ARMSTRONG
                                     UNITED STATES DISTRICT COURT JUDGE