Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>HOLT OF CALIFORNIA, a California Corporation, *aka* HOLT OF CALIFORNIA, INC.,<br><br>Defendant. | Case No.: C11-1723 SBA<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br>**JOINT CASE MANAGEMENT STATEMENT;**<br>**ORDER THEREON**<br><br>Date:       March 7, 2012<br>Time:      2:30 p.m.<br>Crtm:     Via Telephone<br>Judge:    The Honorable Saundra B. Armstrong |

The parties herein respectfully submit their joint Case Management Statement and joint request to continue the Case Management Conference, currently on calendar for March 7, 2012, for approximately 60 days.

1.     As the Court's records will reflect, this action was filed on April 8, 2011 to compel Defendant's provision of certain documents for examination by Plaintiffs' auditor, which were necessary to complete an audit of Defendant's records pursuant to the terms of Defendant's Collective Bargaining Agreement and the governing documents of the Plaintiffs.

2.     Service on Defendant was effectuated on April 12, 2011. A Proof of Service of Summons was filed with the Court on April 19, 2011.

-1-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-1723 SBA**
C:\Users\clarkl\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\ILSB27AX\11-1723_-_Crosthwaite_-_Stip._Continue_CMC[1].DOC

-2-

3.	On May 4, 2011, Defendant filed an Answer to the Complaint, and a Motion to Compel Arbitration, Request for Dismissal and/or Sever and Stay of Union Proceedings.

4.	On August 31, 2011, the parties filed a Stipulation to Amend Complaint dismissing the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO, Withdraw Motion to Compel Arbitration, and Request for Early Neutral Evaluation.

5.	On September 26, 2011, the Court issued an Order dismissing the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO from the case, and referred the matter to Early Neutral Evaluation.

6.	On November 16, 2011, an Early Neutral Evaluation session was held with Evaluator Stephen A. McKae, wherein the parties reached an agreement for Defendant to provide Plaintiffs' auditor with specific documents necessary to complete the audit.

7.	Defendant has provided Plaintiff Trust Funds' auditor with the requested documents which are currently being reviewed and analyzed by the auditor.

8.	Accordingly, the parties hereto respectfully request that the Case Management Conference, currently scheduled for March 7, 2012, be continued for approximately 60 days to allow for the audit report to be issued, reviewed by Defendant, and for any necessary discussion between the parties to ensue in the aim of resolving any outstanding issues without the further intervention of the Court. If the matter is resolved, Plaintiffs will dismiss this action; if not, Plaintiffs will take further appropriate action, to be determined upon any dispute that is not otherwise resolved.

///
///
///
///
///
///
///
///

9. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties jointly request that the Court continue the currently scheduled Case Management Conference for approximately 60 days.

Respectfully submitted,

Dated: February 24, 2012         **SALTZMAN & JOHNSON LAW CORPORATION**

By:   /S/Muriel B. Kaplan
      Muriel B. Kaplan
      Attorneys for Plaintiffs

Dated: February 24, 2012         **PALMER KAZANJIAN WOHL HODSON LLP**

       /S/ Larry M. Kazanjian
       Larry M. Kazanjian
       Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for March 7, 2012 is CONTINUED to **May 9, 2012 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: 2/27/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

-3-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-1723 SBA**
C:\Users\clarkl\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\ILSB27AX\11-1723_-_Crosthwaite_-_Stip._Continue_CMC[1].DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-1723 SBA**
C:\Users\clarkl\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\ILSB27AX\11-1723_-_Crosthwaite_-_Stip._Continue_CMC[1].DOC